United States District Court
Southern District of Texas
ENTERED
August 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDREA RENAE BOYER,<br>*Plaintiff*,<br><br>v.<br><br>257TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS, ET AL.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-06212 |

**ORDER**

Before the Court is Plaintiff's Motion to Proceed In Forma Pauperis.[1] ECF 4. Plaintiff alleges she has no income and provides no information regarding her assets, expenses, or financial obligations. *Id.* at 1-2. Instead, she claims that her "legal property, funds, and vehicle titles are currently withheld, sequestered or frozen under fraudulent pass-through entities and synthetic identity overlays across multi-state lines . . . ." *Id.* at 3. She also alleges "systematic administrative blackout and data-mirroring actions" limit her ability to receive income. *Id.*

Plaintiff failed to provide sufficient information to allow the Court to assess whether she qualifies for IFP status. Aspects of Plaintiff's allegations appear to be frivolous because they are factually "fanciful, fantastic, and delusional." *Davis v.*

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 6.

*Hagen*, No. 4:25-CV-1933, 2025 WL 1456671, at *2 (S.D. Tex. May 21, 2025) (dismissing claims as frivolous under 28 U.S.C. § 1915(e)(2)(B)). These convoluted allegations further limit the Court's ability to determine if Plaintiff qualifies for IFP status. It is therefore

ORDERED that Plaintiff's Motion (ECF 4) is DENIED WITHOUT PREJUDICE.

Signed on August 26, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge