**IN THE UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**ALEXANDRA RENAE BOYER,**
*Plaintiff,*

**v.**

**257TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS, ET AL.,**
*Defendants.*

United States Courts
Southern District of Texas
FILED

SEP 08 2026

Nathan Ochsner, Clerk of Court

**Civil Action No.: 4:26-cv-06212 (Direct Article III Review Requested • Enforce True Identity Record)**

PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS PURSUANT TO LOCAL RULES

Plaintiff Alexandra Renae Boyer appears *pro se* and *sui juris*, and respectfully provides formal notice to the Clerk of Court, the presiding Judge, and all participating parties that her official address of record has changed. To prevent mail blackouts, or administrative delivery manipulation, Plaintiff, Alexandra Renae Boyer, demands that the master electronic docket and all internal court database fields be updated immediately to mirror her correct physical location for all future service of process and mailing notifications:

- **Plaintiff True Legal Name:** ............................ **ALEXANDRA RENAE BOYER, FEMALE**
- **Previous Address of Record:** .......................... 7802 Jensen Drive, Houston, TX 77093
- **NEW CORRECT ADDRESS OF RECORD:** .................. ALEXANDRA RENAE BOYER; C/O PARK TEMPLE BAPTIST CHURCH, UNDER EXPLICIT STATUS NOTICE AS AN INVOLUNTARILY DISENFRANCHISED U.S CITIZEN TARGETED BY IDENTITY THEFTS AND PEONAGE; NOT A FORCED RESIDENT OF TEXAS BY MAGISTRATE RE-ROUTING OVERRIDES: 4027 IRVINGTON BLVD HOUSTON, TX. 77009, STRICT SERVICE AND CONFIDENTIAL INFORMATION, ***NOT*** as a substitute for service.
- **Plaintiff Verified Mobile Contact:** .................. 346-280-3581
- **Plaintiff Primary Secure Email:** ........................ allie.r.boyer.91@gmail.com

Plaintiff further alerts the Clerk that any internal routing fields utilizing the synthetic proxy names, acting as conservatorships, caretaker strings under anything otherwise, including "Andrea Renae Boyer," et al., must be permanently purged and corrected under **FRCP Rule 60(a)** concurrently with this address update to preserve structural standing and protect database search parameters .

MANDATORY STATUTORY VERIFICATION PURSUANT TO 28 U.S.C. § 1746

**I declare under penalty of perjury under the laws of the United States of America that the foregoing facts regarding this change of address notice are within my personal knowledge and are true and correct.**

Executed on this 3rd day of September, 2026.

Alexandra Renae Boyer

**ALEXANDRA RENAE BOYER, Plaintiff Pro Se** *Sui Juris Real Party in Interest • Case No. 4:26-cv-06212*