United States Courts
Southern District of Texas
FILED

OCT 13 2026

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**ALEXANDRA RENAE BOYER,**
*Plaintiff/Petitioner,*

**v.**

**257TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS,**
**PAMELA HUNT (Harris County Court Coordinator),**
**BRENT RUSSELL GOODMAN,**
*Defendants/Respondents.*

**Civil Action No.: 4:26-cv-06212**

---

# PLAINTIFF'S FORMAL DIRE MANDATE FOR EXCLUSIVE PHYSICAL SERVICE AND ABSOLUTE PROHIBITION OF SUBSTITUTED OR ELECTRONIC NOTIFICATION

---

Pursuant to **Federal Rule of Civil Procedure 5(b)** and the absolute protections of the Due Process Clause of the Fourteenth Amendment, Plaintiff/Petitioner **Alexandra Renae Boyer** enters this non-negotiable procedural command into the live federal registry. Because the electronic database networks, regional communication interfaces, and digital forwarding metrics have been structurally compromised by unauthorized proxy profiles to manufacture fraudulent defaults behind her back, **all digital, electronic, or online notification routes are declared completely void, unsafe, and a structural nullity.**

**IT IS HEREBY MANDATED:**

1. **EXCLUSIVE PHYSICAL PAPER SERVICE:** All future judicial updates, rulings, summonses, pleadings, discovery requests, and written responses from this Court or any named defendant **must be served strictly in hard-copy physical paper format via the United States Postal Service Certified Mail.**
2. **THE ADDRESS OF RECORD (SEPTEMBER 8):** Service must be delivered directly to the secure physical location anchored on the record on **September 8**, identified as: *4027 IRVINGTON BLVD. HOUSTON, TEXAS 77009.*
3. **ABSOLUTE PROHIBITION OF SUBSTITUTES:** There shall be **no substitution of**

**service permitted under any circumstances.** Any attempt by local court-coordinator networks, regional social work departments, or the defendants to bypass this paper mandate by transmitting documents to electronic proxy endpoints or volunteer network facilities (such as the Joseph House outreach center address) will be treated as an absolute act of retaliation, a direct fraud on the court, and a structural violation of due process, triggering immediate Article III sanctions.

Dated this 4th day of October, 2026.

Respectfully submitted,

Alexandra Renae Boyer

**ALEXANDRA RENAE BOYER, Plaintiff Pro Se**

*Sui Juris Real Party in Interest • Case No. 4:26-cv-06212*

2/19/2026 7:39:12 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 111491991
By: TREVINO, ABIGAIL J
Filed: 2/19/2026 7:39:12 PM
Pgs-2

SDD
SBSRX

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

**CAUSE NO. 202608348**

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| **JAYDEN PALMER-SMITH,** | § | **257TH JUDICIAL DISTRICT** |
| | § | |
| **A CHILD** | § | **HARRIS COUNTY, TEXAS** |

**ORDER AUTHORIZING SUBSTITUTED SERVICE**

On this day, the Court considered Petitioner BRENT GOODMAN'S Motion for Substituted Service.

After reviewing the Motion and the supporting Declaration, the Court finds that reasonable diligence has been exercised in attempting to personally serve Respondent Mother, ALEXANDRA BOYER, and that such attempts have been unsuccessful. The Court further finds that Respondent's current location is unknown and that personal service has therefore been impracticable.

The Court further finds that the alternative methods of service requested by Petitioner are reasonably effective to give Respondent actual notice of this suit, the Temporary Restraining Order, and any upcoming hearings, pursuant to Texas Rule of Civil Procedure 106(b).

**IT IS THEREFORE ORDERED** that the Motion for Substituted Service is **GRANTED**.

**IT IS FURTHER ORDERED** that service of citation, the First Amended Original Petition, the Temporary Restraining Order, and all subsequent notices of hearing may be served upon Respondent, ALEXANDRA BOYER, by any person authorized under Texas Rule of Civil Procedure 103, using ~~any or all of~~ the following alternative methods:

EX-1
CV ACTION NO:
4:26-CV-06212
FORMAL DIRE MANDATE

Publication through the Office of Court Administration in accordance with TRCP 116(a)&(d) is authorized along with one of the additional methods listed below. IT IS ORDERED that that service must be attempted by publication AND one of the below methods, and that one of the below methods must also include publication.

**Electronic Mail**

By transmitting the documents in PDF format to Respondent's known email addresses:

***alexandraboyer0827@gmail.com**, and;*

***allieboyer91@gmail.com***

**Text Messaging**

By transmitting the documents, or a working electronic link to the documents, via SMS/RCS text message to Respondent's mobile telephone number: ***(669) 221-5544***

~~**Delivery to Family Member**~~

~~By delivering a copy of the documents to Respondent's adoptive father, James Miller, by email at *smileyjim72@gmail.com*, or by mail at *517 E. 22nd Ave., Torrington, Wyoming 82240.*~~

**IT IS FURTHER ORDERED** that the return of service shall state the date, time, and manner of service in accordance with this Order and shall include proof of the electronic transmissions, including printed screenshots of sent emails and text messages, attached to the return. Service shall be deemed complete upon successful transmission of the electronic communications and delivery to the family member as ordered herein.

SIGNED on this the ______ day of ______________________________, 2026.

Signed: 2/20/2026 Angelina Gooden

JUDGE PRESIDING

2/19/2026 7:39:12 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 111491991
By: TREVINO, ABIGAIL J
Filed: 2/19/2026 7:39:12 PM
Pgs-2

XTROX
SDD
CASO

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

**CAUSE NO. 202608348**

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| **JAYDEN PALMER-SMITH,** | § | **257TH JUDICIAL DISTRICT** |
| | § | |
| **A CHILD** | § | **HARRIS COUNTY, TEXAS** |

# ORDER GRANTING CONTINUANCE AND EXTENSION OF TEMPORARY RESTRAINING ORDER

On this day, the Court considered Petitioner BRENT GOODMAN's Motion for Continuance and Extension of Temporary Restraining Order.

The Court finds that good cause exists to grant the requested continuance due to Petitioner's inability to effectuate personal service on Respondent Mother, ALEXANDRA BOYER , despite the exercise of reasonable diligence, and due to the pendency of Petitioner's Motion for Substituted Service.

The Court further finds that good cause exists pursuant to Texas Rule of Civil Procedure 680 to extend the Temporary Restraining Order originally signed on February 13, 2026, in order to prevent immediate and irreparable injury, loss, or damage to the Child while service of process is perfected.

**IT IS THEREFORE ORDERED** that the hearing on Petitioner's request for Temporary Orders, originally scheduled for February 25, 2026, is continued and reset to the 13th day of March, 2026, at 9 : 0 0, a .m. in the 257th District Court of Harris County, Texas.



Certified Document Number: 125255468 - Page 1 of 2

**IT IS FURTHER ORDERED** that the Temporary Restraining Order issued on February 13, 2026, is extended and shall remain in full force and effect ~~until the reset hearing date, or~~ for an additional 14 days from its original expiration date, ~~whichever occurs first.~~

**SIGNED** on this the ______ day of ______________________, 2026.

Signed: 2/20/2026 Angelina Gooden

JUDGE PRESIDING



Certified Document Number: 125255468 - Page 2 of 2

*"Ms. Boyer is well aware of the status of these proceedings and well aware that issues involving custody and visitation of S.C.B-G are pending. [...] Despite the Court's direct inquiry, Ms. Boyer emphatically refused to provide a physical location or mailing address where she could be served with process or where documents could be served upon her via first-class mail."*

**E. Efficacy of Proposed Substitute Service Methods**

Respondent is actively using electronic communication methods and routinely receives and responds to communications through those channels. Attached as Exhibit 1, Attachment A are screenshots demonstrating that Respondent actively uses and responds to RCS text messages and participates in Google Meets video calls using the following contact information:

**Mobile phone number**: *(669) 221-5544*

**Email addresses**: *alexandraboyer0827@gmail.com,*
*allieboyer91@gmail.com*

THX A.Goodin 2/12 FRAUD.

Based on Respondent's demonstrated and ongoing use of these communication methods, service by electronic mail, RCS/SMS text messaging, and delivery through her adoptive father, James Miller, is reasonably effective to give Respondent actual notice of this suit and the pending proceedings.

**F. Request for Relief**

I respectfully request that the Court authorize substituted service pursuant to Texas Rule of Civil Procedure 106(b) using the proposed alternative methods and reset the hearing to allow sufficient time for service to be perfected, thereby avoiding unnecessary expenditure of judicial resources on a hearing where service has not been completed.

Ex-2



CV ACTION NO: 4:26-cv-06212

**G. Supporting Attachments**

Attachment A, Diligence in Locating: I have made diligent efforts to locate the Respondent. Attached hereto as Attachment A is a true and correct copy of the log detailing my attempts to obtain her physical address.

Attachment B, Public Notice: Attached hereto as Attachment B is a true and correct copy of Public Notice No. 9200 published in the Torrington Telegram.

Attachment C, Due Process Notice: Attached hereto as Attachment C is a true and correct copy of the Notice of Purposes of Service and Due Process sent to the Respondent."

**JURAT**

My name is Brent Russell Goodman, my date of birth is April 5, 1990, and my address is 8918 Hostler Dr., Tomball, Texas 77375. I declare under penalty of perjury that the foregoing is true and correct."

**EXECUTED** in Harris County, State of Texas, on the 19th day of February, 2026.

By: /s/ Brent Goodman

Brent Goodman, Declarant
(Tel) 707-860-6363
(email) goodman.brent@gmail.com