United States Courts
Southern District of Texas
FILED

OCT 28 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, AND
THE US ATTORNEY OFFICE (SDTX),
VICTIM-WITNESS COORDINATOR, HOUSTON DIVISION

ALEXANDRA RENAE BOYER [.]

Plaintiff/Petitioner,

v.

HARRIS COUNTY TEXAS 257TH DISTRICT COURT CAUSE NO 2026-08348; BRENT RUSSELL GOODMAN; DOS.

Defendant/Respondent.

Case No.: ***4:26-CV-06212***

EMERGENCY MOTION REQUESTED FOR ARTICLE III JUDGE ESKRIDGE REVIEW OF ELECTRONIC EVIDENCE SECURED VIA DOJ FILE SHARE ACCOUNT AND REQUEST FOR IN CAMERA REVIEW

COMES NOW, [ALEXANDRA RENAE BOYER [.], BEING THE PETITIONER IN THE THIS MATTER AND *THE SOLE REAL PARTY OF INTEREST*, acting pró se, and respectfully moves this Honorable Court, pursuant to Article III of the United States Constitution, Federal Rules of Evidence 901 and 1002, and the Local Cyber-Security Rules of the Southern District of Texas, for an Order authorizing the transmission and review of critical electronic evidence via a secure Department of Justice (DOJ) file share account, and in support thereof states:

1. Jurisdictional Ground: This Matter is currently pending before an Article III Judge of the U.S. Southern District of Texas. The electronic evidence sought to be introduced contains vital system metadata, immutable IP routing logs, electronic account data interchange (EDI) parameters, and cross-state tracking documentation essential to the disposition of this case.

2. Necessity of Secure Transmission: Public web interfaces and standard filing portals are currently subject to multi-state network manipulation and unauthorized interception by proxy actors associated with the underlying identity-trafficking enterprise. To preserve the strict chain of custody, protect the network integrity of the Court, and prevent external spoliation, the evidence must be uploaded through an encrypted, government-sanctioned secure pipeline.

3. Request for Safe Infrastructure: Petitioner, ALEXANDRA RENAE BOYER, requests that this Court order the Clerk's Office, in coordination with the United States Attorney's Office or the DOJ IT Infrastructure Division, to provision a secure, authenticated digital transfer directory (such as a DOJ Secure File Share account link) specifically for this transaction.

4. Request for In Camera Review: Because this electronic data contains highly sensitive personal identity markers, financial estate account tracking lines, and data elements directly involving the safety AND endangerment of minor children, Petitioner, ALEXANDRA RENAE BOYER, the real party of interest, moves the Court to audit the raw metadata IN CAMERA (in chambers) to protect the records from public exposure or disclosure to unauthorized actors.

WHEREFORE, Petitioner, ALEXANDRA RENAE BOYER, the SAME REAL PARTY OF INTEREST, respectfully prays that this Court GRANT this Motion; ORDER the provisioning of a secure DOJ file sharing directory to receive the data; and order that the evidence be maintained under SEAL pending a private judicial audit.

Dated this ***24TH*** day of ***OCTOBER***, 2026.

Respectfully submitted,

Alexandra Renae Boyer

ALEXANDRA RENAE BOYER
COURTESY OF:
PARK TEMPLE BAPTIST CHURCH
4027 IRVINGTON BLVD.
HOUSTON TEXAS, 77009
346-280-3581 | Allie.r.boyer.91@gmail.com