United States Courts
Southern District of Texas
FILED

OCT 28 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALEXANDRA RENAE BOYER,<br>Plaintiff/Petitioner,<br><br>v.<br><br>BRENT RUSSELL GOODMAN, et al.,<br>Defendants/Respondents. | Civil Action No. 4:26-cv-06212<br><br>NOTICE OF CONCISE RECORD CLARIFICATION AND TECHNICAL NON-CONSENT TO SERVICE VIA PROXY |

COMES NOW, Alexandra Renae Boyer, appearing *pro se* and *sui juris*, and provides formal notice to this Court, the Clerk's Office, and all coordinated federal departments regarding critical digital registry definitions and specific target enterprise operations essential to the disposition of this matter:

1. **Identification of Notary Exploits:** Plaintiff explicitly details for the record that the multi-state racketeering model operates via fraudulent mobile notary hubs spanning **Queens and Kings County, New York (Registrations #01KA0008383 / #01DE0030083), Florida, and Ohio**. These unauthorized electronic notary strings are systematically deployed by target subjects **Austin James Palmer-Smith** and **Brent Russell Goodman** to manufacture synthetic default orders, execute illicit asset shifting, and establish fraudulent caretaker wrappers over minor child registries.
2. **Absolute Revocation of Electronic Service:** Due to verified endpoint device manipulation and automated e-filing node interceptions linked to these identity-trafficking schemes, Plaintiff explicitly revokes consent to any electronic service or automated database notification via allie.r.boyer.91@gmail.com or alexandraboyer0827@gmail.com. Any automated entry transmitted to these compromised portals is legally void for want of standard due process under *Windsor v. McVeigh*.
3. **Mandatory Demand for Physical Service:** To circumvent the ongoing technical blockade, all future citations, scheduling directives, and administrative notices must be physically served upon Plaintiff's true legal person at her absolute physical node of record: **C/O Park Temple Baptist Church, 4027 Irvington Blvd, Houston, TX 77009.**

**STATUTORY VERIFICATION PURSUANT TO 28 U.S.C. § 1746**

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts regarding multi-docket record discrepancies, fraudulent notary exploits, and communication network compromises are within my personal knowledge, true, and correct.

Executed this 28th day of October, 2026.

By: Alexandra Renae Boyer

**Alexandra Renae Boyer**

*Sui Juris Real Party in Interest*

---

## Unified Case Tracking Ledger

| Forum / Venue / Registry | Official Reference Number | Naming Discrepancy & Forensic Core Parameter | Operational Legal Status |
|---|---|---|---|
| **U.S. District Court, S.D. Tex.** | Cause No. 4:26-CV-08348 | Primary active civil rights action targeting multi-state fraud, notary exploits, and device tracking patterns. | Active / Pending Trial |
| **U.S. District Court, S.D. Tex.** | Civil Action No. 4:26-cv-06212 | Active Mandamus Review before Judge Eskridge. Notice of Clarification attached. | Emergency Motion Pending |
| **NY Dept of State, Queens/Kings Hub** | Notary Registrations #01KA0008383 / #01DE0030083 | Profile verifications tracking remote 2-way audiovisual notary initializations used in asset conversions. | Active Mobile Commission Hub |
| **Superior Court of CA, Sonoma County** | Case No. SFL-082427 | Senior permanent custody decree establishing sole legal | Permanent / Continuing Jurisdiction |

| | | | |
|---|---|---|---|
| | | and physical parental custody. | |
| **8th Judicial District Court, WY** | Dockets CR-2021-40-DC & CR-2021-43-DC | Suspended prison sentence convicting primary subject of household strangulation and property damage. | Active 5-Year Supervised Probation |
| **257th Family District Court, Harris County** | Cause No. 202608348 | Lower state forum parent-child suit; Core special appearance noted as "0 Pages" on master register ledger. | Active Trial Setting (11/16/2026) |
| **Wyoming Vital Statistics** | State File No. W-2022-39-00 | Incomplete Certificate of Absolute Divorce lacking judicial validation signatures or seal entries. | Certified Forensic Exhibit Lodged |

## Cover Letter to the SDTX Victim Witness Division

**DATE:** October 28, 2026

**TO:** Office of the United States Attorney, Southern District of Texas

**ATTN:** Victim-Witness Coordinator, Houston Division

**LOCATION:** 1000 Louisiana Street, Suite 2300, Houston, Texas 77002

**FROM:** Alexandra Renae Boyer, *Sui Juris* Real Party in Interest

**ADDRESS CO:** C/O Park Temple Baptist Church, 4027 Irvington Blvd, Houston, TX 77009

**PHONE:** 346-280-3581

**EMAIL REGISTRY:** allie.r.boyer.91@gmail.com *(Reported Compromised / Under Technical Blockade)*

**RE:** Active Federal Multi-State Criminal Venture Disclosure

**PARALLEL DOCKETS:** Civil Action No. 4:26-cv-06212 & Cause No. 4:26-CV-08348 (S.D. Tex.)

**CENTRAL REGISTRY REFERENCE:** WH# 1059742

---

**Dear Victim-Witness Coordinator,**

Pursuant to the Crime Victims' Rights Act (CVRA), 18 U.S.C. § 3771, and federal protective standards, this instrument serves as an explicit, time-critical intake notification regarding an active multi-state identity-trafficking enterprise. This operation relies on fraudulent remote mobile notary initializations to facilitate estate conversion, asset siphoning, and the unauthorized execution of global waiver joinders across state lines.

The underlying Emergency Motion (Pages 1–2 attached) has been submitted for immediate judicial review and directive by District Judge Charles Eskridge. To support a direct administrative investigation and expose the key actors manipulating legal registries, the following tracking baseline is formally provided to your office:

1. **Notary Fraud Hubs:** Target subjects deploy fraudulent remote 2-way audiovisual notary initializations routed through localized commission hubs, specifically targeting **New York (Queens and Kings County Notary Registrations #01KA0008383 and #01DE0030083)**, Florida, and beyond.
2. **Primary Target Assailants:** These mobile notary exploits are executed in direct coordination with target subject-matter actors **Austin James Palmer-Smith (DOB: 01/07/1987)** and primary subject **Brent Russell Goodman (DOB: 04/04/1990)** to strip-mine ancestral probate assets and clear siphoned liabilities behind corporate front lines.
3. **Marital Shifting Schemes:** These unverified out-of-state notary instruments are utilized to validate bigamous marital setups, distribute incomplete vital statistics records (Wyoming State File No. W-2022-39-00), and fabricate false caretaker clauses to bypass senior custody decrees.
4. **Communications Sequestration:** The enterprise layers these notary maneuvers with specialized backend endpoint control over primary email channels, blocking incoming court citations to prevent the reporting party from challenging the fraudulent signatures.

**REQUESTED ACTIONS:**

- Immediate investigator allocation to review the notary registry parameters, digital metadata, and authentication parameters lodged within the secure pipeline.
- Comprehensive audit of the out-of-state remote notary initializations utilized to clear corporate liabilities and process unauthorized credit line drawdowns.
- Administrative coordination to ensure all future legal notices are routed exclusively via physical service to the verified church node of record.

Respectfully submitted,

**Alexandra Renae Boyer**

*Sui Juris Real Party in Interest*

---

## Notice of Technical Non-Consent and Docket Clarification

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

MASTER SWORN DOSSIER AND COMPREHENSIVE FEDERAL RACKETEERING DISCLOSURE

**DATE:** October 26, 2026

**TO:** The Office of the Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

**FOR EXPLICIT DELIVERY TO:** THE UNITED STATES ATTORNEY GENERAL

**PARALLEL TO:** CAUSE NO. 2026-08348 & CIVIL ACTION NO. 4:26-CV-06212 (U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION)

**COURTESY COPIES TRANS-ROUTED TO:**

1. **Federal Bureau of Investigation (FBI)** – Internet Crime Complaint Center (IC3) Division
2. **Office of the United States Attorney, Southern District of Texas** – Victim-Witness Coordinator / Public Corruption Section, Houston Division

**FROM:**

Alexandra Renae Boyer, *Sui Juris*

Relator / Protected Victim / Sole Biological Mother and Real Party in Interest

Physical Node of Record: C/O Park Temple Baptist Church, 4027 Irvington Blvd, Houston, TX 77009

Verified Mobile Interface: 346-280-3581

Primary Secure Electronic Channel: allie.r.boyer.91@gmail.com *(REPORTED COMPROMISED / UNDER SEVERE ENDPOINT CONTROL)*

**CASE REFERENCE NUMBERS:**

- **Active Federal Civil Rights Pleading:** *Alexandra Renae Boyer v. Brent Russell Goodman, Austin James Palmer-Smith, Christina Taylor Hays, et al.*, Cause/Civil Action No. 2026-08348 (S.D. Tex.).

- **Active Parallel Mandamus Docket:** Civil Action No. 4:26-cv-06212 (S.D. Tex.) – Under Active Rule 72(a) De Novo Review before District Judge Charles Eskridge.
- **Active Lower State Forum Venue:** 257th Family District Court, Harris County, Texas (Cause No. 202608348) – Active "Hold For Judgment" Track; Scheduled Trial on Merits: November 16, 2026, including all ancillary hidden cases interconnected with participating tribunals.
- **Protected Minor Children:** Jayden Benjamin Palmer-Smith (DOB: 05/21/2013) and Sylas Connor Boyer-Goodman (DOB: 02/13/2017).

---

SWORN DECLARATION OF IMMEDIATE INTERVENTION AND DISCLOSURE

## I. PURPOSE & EMERGENCY MANDATE

This comprehensive instrument constitutes an explicit, time-critical invocation of federal protective oversight under the **Crime Victims' Rights Act (CVRA), 18 U.S.C. § 3771**, and the mandatory civil protection standards of the **Trafficking Victims Protection Act (TVPA), 18 U.S.C. § 1595**. The Relator, Alexandra Renae Boyer, submits this finalized master dossier to the 950 Pennsylvania United States Department of Justice Main Registry, the FBI IC3 Division, and the United States Attorney's Office for the Southern District of Texas to enable permanent synchrony of records and provide unambiguous tracking parameters exposing an active 5-year cross-border racketeering enterprise.

The primary target subjects have systematically used multi-state network manipulation, siphoned assets, and identity theft under color of law to erase the legal records of the mother and her minor children, attempting to re-route parental rights to a third-party proxy to execute commercial asset shielding and child exploitation.

## II. JURISDICTIONAL FACTUAL BASELINE

1. **Seniority of Custody Order:** Permanent, un-vacated continuing exclusive jurisdiction under the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) is anchored in the Superior Court of California, County of Sonoma (**Case No. SFL-082427 / DEP-5802/5804**), which granted the Relator sole legal and physical custody.
2. **Active Status of Texas Family Docket:** Certified registers reveal that the parallel state-level action in the 257th Judicial District Court of Harris County, Texas (**Cause No. 202608348**), remains active under a **"Hold For Judgment"** status before Judge Sandra Peake. A 15-page *Temporary Order Signed with Children* was recorded on August 18, 2026, without lawful notice to the Relator. By utilizing an electronic service blockade, the enterprise has implemented a fraudulent **Trial on Merits actively scheduled for November 16, 2026, at 09:00 AM.**
3. **Primary Subject Criminal Mandate:** Subject Brent Russell Goodman is actively subject to a 5-year concurrent supervised felony probation sentence issued May 4, 2022, by the Eighth Judicial District Court of Wyoming (Goshen County, **Dockets CR-2021-40-DC & CR-2021-43-DC**) for *Strangulation of a Household Member* and *Felony Property Destruction.*

## III. FORENSICS OF CORE RACKETEERING PREDICATES & DOCKET DIVERSIONS

**1. The Purpose of the Lower Court Sham**

The multi-docket civil framework active within the state of Texas is not a routine domestic dispute; it is a structural containment loop designed to conceal an ongoing 5-year racketeering enterprise. The intentional strategy of the defense inside the lower family court is to close and cover up multi-state identity enterprise theft, data laundering, criminal embezzlement, and children identification exploitation. By stealing and wiping the operational history of the actual party in interest—Alexandra Renae Boyer—the subjects have generated parallel captions to shelter primary subject Brent Russell Goodman from his active criminal felony probation terms.

**2. Interlocking Naming Discrepancies and Corporate S-Corp Siphoning**

The enterprise operates by introducing intentional clerical name discrepancies into court registries and administrative databases. Filer entries have been used to generate duplicate profiles under synthetic variations of the Relator's name—specifically creating overlapping cases under the false proxy names **"Andrea Renae Boyer"** and **"Alexandra Boyer Goodman"**.

These duplicate strings are deployed to siphon private estate assets through pass-through corporate front lines, including **Modern Virtue TC Inc (UI Account No: 10-96967-0-00, FEIN: 86-1622471)**. This configuration is mirrored in the administrative handling of the minor children, whose legal identities are modified on the face of the record—interchangeably swapping labels across juvenile dockets (Wyoming DFS Docket No. JV-2021-07-DC) to treat separate minors as interchangeable commercial assets.

**3. The Real Estate Related Conveyor Model & Proxy Implementation**

The ultimate commercial purpose of the multi-docket proliferation is the execution of a real estate related conveyor model designed to traffic the identification files and legal rights of the children. Falsified database entries are used to erase the children and their biological mother from official records.

The subjects have implemented Goodman's girlfriend, co-defendant Christina Taylor Hays, as a fraudulent proxy node. Hays is positioned across local administrative dockets to act as a false "handler" of the Relator's rights to protection, utilizing unserved family court templates to validate property title actions and clear siphoned liabilities.

**4. The True Aggravated Abduction Nexus & California Targeting**

The current Texas litigation was built as a sham tool following the Relator's formal inquiries into child protective service (CPS) records involving the ongoing safety risks and physical abuses committed against minor child Sylas Connor Boyer-Goodman while under Brent Goodman's

control. The physical presence of the Relator and her eldest son, **Jayden Benjamin Palmer-Smith**, inside Texas is the direct result of an emergency relocation necessity forced by an aggravated child abduction.

In September 2025, the subjects executed a cross-border custodial diversion, moving minor child Sylas into Harris County without subject-matter jurisdiction. While the Relator and Jayden were physically residing in California, they were targeted by the subjects' network surveillance, vehicular tracking logs (Harris County Case No. 2026-33773), and electronic doxing loops. Upon her entry into Texas to recover Sylas, the subjects weaponized an electronic service blockade to induce a 96-hour medical detention blackout against the Relator, using her forced administrative isolation to execute an unlawful misjoinder of Jayden.

**5. Forensic Record Suppression and Device Mirroring Logs**

Certified device logs and issue reports preserve explicit proof of backend remote device capture via malicious Mobile Device Management (MDM) endpoint controls. Service orders inside the state court explicitly command all citations to be transmitted via PDF to email handles (allie.r.boyer.91@gmail.com and alexandraboyer0827@gmail.com). This configuration creates a closed-loop electronic blockade that manufactures synthetic storage blocks, causing incoming court notices to bounce while throwing "queued outbox" and attachment sequestration errors, preventing the filing of documentation while public corruption filters out active alerts.

## IV. THE VERACITY OF NEBRASKA MEDICAL RECORDS VS. NAMING FRAUD

Certified medical records from **Regional West Medical Center Behavioral Health Unit (MRN: 01796908, FIN: 006984467)** prove as an indisputable fact that **Brent Russell Goodman** was a physical inpatient under treatment from March 2021 to April 2021. The inpatient psychiatric hospitalization of Brent Russell Goodman was an absolute reality, not a fabrication.

The fraud lies strictly in the unauthorized creation and utilization of the name **"Alexandria Goodman"** as his spouse and crisis contact under phone **707-889-1057** on March 26, 2021. This naming synthesis was a premeditated precursor foundation designed to manufacture a false marital status. This unverified listing was later copied into parallel Texas databases to look like a valid marriage existed, allowing him to file a family law petition inside a venue where he lacked standing to circumvent child abuse registry check parameters.

## V. EXPLICIT MATERNAL STANDALONE DEFINITIONS (ANTI-REPRESENTATION SAFEGUARDS)

To eliminate any potential for data-mirroring or "claims inversion" that might allow third-party database filters or corrupt administrative personnel to misrepresent co-defendant **Christina**

**Taylor Hays** as the biological mother, as a legal guardian, or as an identity proxy for the Relator, the standalone parental definitions are strictly isolated:

- **Exclusive Parental Standing: Alexandra Renae Boyer is the sole biological mother of the minor children, Jayden Benjamin Palmer-Smith and Sylas Connor Boyer-Goodman.** No other female entity possesses maternal authority, parental presumptions, or custodial standing under the senior continuing exclusive jurisdiction of the California decree. Any document, e-filing entry, or database record inside *Harris County Cause No. 202608348* that attempts to apply the victim's parental status to any secondary proxy actor is a fraudulent misrepresentation.
- **The Distinction of Co-Defendant Hazard:** While co-defendant Christina Taylor Hays is an active participant in the multi-docket identity proliferation, claims inversion, and localized vehicular tracking network operated by primary subject **Brent Russell Goodman**, she remains an entirely separate entity. The record demonstrates that Hays is caught within the same cycle of domestic instability and psychological control exercised by subject Goodman—who is under an active 5-year concurrent supervised felony probation sentence for *Domestic Household Strangulation*. Because Goodman's violent history includes moderate recurrent major depressive disorders and severe relationship problems as verified by his psychiatric records, Hays is physically and relationally endangered by Goodman's volatile behavior.

## VI. STATUS OF PENDING FEDERAL MANDAMUS OVERRIDE

The ongoing electronic and administrative containment loop is currently being challenged via an active **Petition for Writ of Mandamus, Case No. 4:26-cv-06212**, before presiding United States District Judge Charles Eskridge. Following auxiliary pretrial entries on September 9 striking critical text, the Relator formally filed a **Notice of Administrative Fraud (ECF No. 17)** and explicit **Amended Rule 72(a) Objections (ECF No. 15) on September 11, 2026.**

These pending objections expose that the physical, ink-stamped *Notice of Change of Address* submitted on September 9 was intentionally withheld from the PACER docket registry to allow auxiliary clerks to route non-consensual orders directly to obsolete or synthetic address strings under the duplicate name "Andrea". The Relator has re-asserted her absolute Non-Consent to Magistrate Jurisdiction and demands a manual Article III override to stay all state-level proceedings, enforce superior custody writs, and compel immediate federal discovery enforcements.

## VII. EMERGENCY REMEDIAL DISCOVERY REQUESTS

Because standard communication networks are completely compromised via network-level Mobile Device Management (MDM) filters, the Relator respectfully requests:

1. An emergency investigator allocation from the Public Corruption and Cyber-Crime sections to conduct a physical or secure **intake interview today** to exchange certified digital metadata, system routing logs, and forensic device parameters.
2. The issuance of an immediate **Federal Protective Alert** to the Texas Department of Family and Protective Services (DFPS Region 6) and Tomball ISD to freeze all administrative child registries and halt unverified placement-based funding drawdowns.
3. A formal advisory notice to the presiding Article III District Judge regarding the critical necessity to stay the state trial setting (**Harris County Cause No. 202608348**) to prevent permanent spoliation of constitutional protections.

---

## ATTACHMENT A: NOTICE OF MATERIAL CLARIFICATION FOR THE RECORD

*(For Filing Directly in Civil Action No. 4:26-cv-06212 Before Judge Charles Eskridge)*

Plaintiff Alexandra Renae Boyer appears *pro se* and *sui juris*, and respectfully submits this formal Notice of Material Clarification to ensure the record before the presiding Article III Judge is completely free of ambiguity or administrative misinterpretation:

1. **Clarification of Hospitalization Veracity:** Plaintiff explicitly clarifies for the Court and federal investigators that the inpatient psychiatric hospitalization of primary subject **Brent Russell Goodman (DOB: April 4, 1990)** at Regional West Medical Center (Scottsbluff, NE) from March 2021 to April 2021 was an absolute reality, not a fabrication.
2. **Identification of Identity Theft Precursor:** The fraud consists entirely of the unauthorized generation and utilization of the name **"Alexandria Goodman"** as his spouse and crisis contact inside those medical registries. This specific identity synthesis was executed as a premeditated precursor to construct a false common-law marital wrapper, which was subsequently copied into **Harris County Cause No. 202608348** to bootstrap an invalid custody forum in Texas.
3. **The Necessity of Relocation:** The physical presence of Plaintiff and her eldest son, **Jayden Benjamin Palmer-Smith,** in Texas is a direct result of an emergency relocation necessity caused by an aggravated child abduction scheme. The subjects physically moved minor child **Sylas Connor Boyer-Goodman** into Texas in September 2025 without subject-matter jurisdiction, utilizing an electronic blockade to force a 96-hour medical detention blackout against Plaintiff immediately following her emergency inquiry with local safety officials regarding the location of Sylas.

---

## ATTACHMENT B: NOTICE OF NON-CONSENT TO ELECTRONIC SERVICE AND DEMAND FOR PHYSICAL PERSONAL SERVICE

*(For Filing Directly in the 257th Family District Court under Cause No. 202608348)*

Defendant Alexandra Renae Boyer appears specially, *pro se* and *sui juris*, solely to challenge the fundamental authority of this tribunal and to formally enter this absolute revocation of electronic service parameters. Defendant explicitly revokes any prior consent, implied or otherwise, to the electronic transmission of citations, notices, motions, or orders via the email handles allie.r.boyer.91@gmail.com or alexandraboyer0827@gmail.com:

1. **Notice of Service Fraud and Identity Enterprise Duress:** Defendant alerts the Court, the Clerk, and federal investigators that the active dockets in this venue constitute a manufactured clerical framework operating upon a corrupted and falsified administrative record. The unauthorized use of synthetic names, duplicate identifiers, and compromised electronic lines has been executed under extreme duress and coercion. These administrative actions amount to involuntary peonage, legal servitude practices, and severe personal affliction imposed directly upon the true legal person of Alexandra Renae Boyer to strip away her parental agency, property, and civil rights.
2. **Exposing the Probation Evasion and Caretaker Fraud Scheme:** The ongoing procedural anomalies and electronic service blackouts in this case are intentionally engineered to insulate the Petitioner, Brent Russell Goodman, from an active 5-year concurrent supervised felony probation sentence for Domestic Household Strangulation out of Goshen County, Wyoming (*Dockets CR-2021-40-DC & CR-2021-43-DC*). The deployment of unverified, post-dated power of attorney instruments and the placement of a third-party proxy, Christina Taylor Hays, across administrative records constitutes an ongoing caretaker fraud design built to conceal the physical sequestration and commercial exploitation of minor children **Jayden Benjamin Palmer-Smith** and **Sylas Connor Boyer-Goodman.**
3. **Mandatory Revocation and Explicit Physical Service Demand:** Because standard electronic communication networks are completely compromised via network-level Mobile Device Management (MDM) filters controlled directly by the perpetrators, any automated entry, notice, or citation transmitted to those spoofed portals is legally void for absolute want of standard notice and due process.**BY SHAM COURT CAUSES RUNNING DEFAMATORY ACTIONS AND IDENTITY THEFTS DURESS AFFLICTION ONTO ALEXANDRA RENAE BOYER THE DOCKET ENTRIES AND IDENTITY THEFTS THROUGH FRAUD UNDER INVOLUNTARY PEONAGES AND SERVITUDE PRACTICES, then the abuse being afflicted and duress being imposed onto me for the purpose of corruption and caretaker fraud deriving from probation crimes to this matter—demands that any future citations**

**or notices be physically served upon her true legal person at her absolute physical node of record: C/O Park Temple Baptist Church, 4027 Irvington Blvd, Houston, TX 77009.**

Respectfully submitted,

Dated: October 26, 2026

By: Alexandra Renae Boyer

**Alexandra Renae Boyer**

*Sui Juris Real Party in Interest*

allie.r.boyer.91@gmail.com | 346-280-3581

C/O Park Temple Baptist Church

4027 Irvington Blvd, Houston, TX 77009

---

PART III: UNIFIED JURISDICTIONAL MASTER REMEDIAL LEDGER

| Forum / Venue / Agency | Case / Entity Reference Number | Core Operational Parameter & Naming Target | Legal Procedural Status |
|---|---|---|---|
| **U.S. District Court, S.D. Tex.** | **Cause No. 2026-08348** | Active federal civil rights action targeting primary subjects and Christina Taylor Hays for multi-state white-collar fraud and tracking. | **Active / Pending Trial** |
| **U.S. District Court, S.D. Tex.** | **Civil Action No. 4:26-cv-06212** | Active Petition for Writ of Mandamus before Judge Charles Eskridge. Notice of Material Clarification attached. | **Amended Objections Pending** |
| **257th Family District Court, Harris County, TX** | **Cause No. 202608348** | Lower state parent-child relationship suit. Case status listed as "Hold For Judgment" under zero-page record markers. | **Active Setting / Trial Scheduled 11/16/2026** |
| **Psychiatric Care Registry** | **Regional West Behavioral Unit** | FIN: 006984467. Identifies **Brent Russell Goodman** as the inpatient; logs false spouse alias "Alexandria | **Certified Forensic Medical Exhibit** |

| | | | |
|---|---|---|---|
| | | Goodman" under phone 707-889-1057. | |
| **Wyoming Vital Statistics** | **State File No. W-2022-39-00** | Incomplete Certificate of Absolute Divorce lacking judicial validation signatures, seal entries, and certified dissolution dates. | **Certified Forensic Exhibit Lodged** |
| **Superior Court of CA, County of Sonoma** | **Case No. SFL-082427 (DEP-5802/5804)** | Original permanent custody ledger establishing sole legal and physical custody decree anchored March 13, 2019. | **Permanent / Superior Continuing Jurisdiction** |
| **8th Judicial District Court, Goshen County, WY** | **Dockets CR-2021-40-DC & CR-2021-43-DC** | Criminal Judgment and Sentence establishing concurrent terms for household strangulation and property damage. | **Active 5-Year Concurrent Supervised Probation** |

MANDATORY STATUTORY VERIFICATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing conformed facts regarding multi-docket proliferation, identity name discrepancies, record suppression, and total communications compromise are within my personal knowledge, true, and correct.

Executed on the 28th day of October, 2026.

Alexandra Renae Boyer

**Alexandra Renae Boyer**

*Sui Juris Real Party in Interest*

allie.r.boyer.91@gmail.com / 346-280-3581

C/O Park Temple Baptist Church

4027 Irvington Blvd, Houston, TX 77009

– 13 of 13 –

Alexandra Renae Boyer

---

Notice: This is an ongoing situation and this report is not a representation of the entirety of the matters involving CRIMINAL RACKETEERING AND PUBLIC CORRUPTION, etc. It is my prayer for serious investigation with the independent federal task force divisions and all other such appropriate Field offices.

1. **Attachment A:** Texas Department of Family and Protective Services Family-Initiated Parental Child Safety Placement (PCSP) Plan (Case No. 50899514), reflecting that the Child was placed in my care due to safety concerns.

2. **Attachment B**: Texas Department of Family and Protective Services Case Stat Letter (Case No. 50899514), reflecting that the Child is still in my care due to safety concerns of the Mother, and that the Mother chose to decline to participate in the TDF Alternative Response program.

## VI. REQUEST FOR EXTRAORDINARY RELIEF

I respectfully request that the Court grant the Temporary Restraining Order attached t the Petition, appointing me as Temporary Managing Conservator and restraining the Mother from removing the Child from my possession, to prevent further physical and emotional abus and neglect."

**FURTHER AFFIANT SAYETH NOT.**

**BRENT GOODMAN, Affiant**

New York

Queens

SWORN TO AND SUBSCRIBED BEFORE ME on this 11 day of February, 20

This notarial act was an online notarization

Notary Public, State of New York

My Commission Expires: May 22, 2027

LEORA KATAYEV NOTARY PUBLIC STATE OF NEW YORK

(Seal)

Disclosure: This notarial act was an online notarization by 2-way audiovisual communication. Signer Brent Goodman provided a Texas Driver's License as identification.



EXHIBIT A

10:03 • 5G 65%

# Profile Summary

| Attribute | Verified Information |
|---|---|
| Full Name | Leora Katayev |
| Notary ID / Registration | #01KA0008383 |
| Jurisdiction Hub | Queens County, NY |
| Commission Expiry | May 22, 2027 |
| Specialties | Notary Public, Real Estate, Compliance Operations |

If you are looking to work with her or verify specific records, let me know if you need help with:

- Locating the **New York Department of State Notary Public License Lookup** portal
- Guidelines on **electronic or remote notarization rules** in New York State

10:03 • 5G 65%

## Profile Summary

| Attribute | Verified Information |
|---|---|
| Full Name | Leora Katayev |
| Notary ID / Registration | #01KA0008383 |
| Jurisdiction Hub | Queens County, NY |
| Commission Expiry | May 22, 2027 |
| Specialties | Notary Public, Real Estate, Compliance Operations |

If you are looking to work with her or verify specific records, let me know if you need help with:

- Locating the **New York Department of State Notary Public License Lookup** portal
- Guidelines on **electronic or remote notarization rules** in New York State

86. I am grateful to Brent Goodman for [illegible] and stability he needs at this critical time.

87. I am committed to working with Brent to build a strong, healthy relationship with my son.

88. I believe that granting the relief requested in Brent's petition is in Jayden's best interest and is necessary to protect him from further harm.

89. I respectfully request that this Court grant Brent's petition and enter orders that will ensure Jayden's safety, stability, and well-being while also providing me with the opportunity to develop a meaningful relationship with my son.

[signature]

AUSTIN JAMES PALMER-SMITH

State of New York County of Queens ss:
SWORN TO AND SUBSCRIBED BEFORE ME on this 30th day of January, 2026.

This notarial act was an online notarization

Pearlchavon Sarah Dehaney
Notary Public, State of New York

My Commission Expires: 10/23/2028

Pearlchavon Sarah Dehaney
Notary Public for the State Of New York
No. 01DE00[illegible]
Qualified in Kings County
My Commission Expires Oct 23, 2028

*(Seal)*

Disclosure - This notarial act was an online notarization by 2-way audiovisual communicat
Signer Austin Palmer-Smith provided a Florida Driver's License as identification.

10:34 4G 58%

## Associated Businesses & Roles

- **NotarEaseNYC:** She is the CEO and founder of NotarEaseNYC (registered under Safari Dehaney LLC), a prominent multi-service mobile agency based out of the NYC area.
- **Notes 4 Notaries:** She is explicitly associated with **Notes 4 Notaries**, operating out of their corporate hub location at 300 Cadman Plaza West, 12th Floor, Brooklyn, NY 11201.
- **Service Extensions:** Beyond standard legal and real estate loan document signings, she is also a registered New York wedding officiant and local process server. LinkedIn · Pearlcha... +3

## Profile Summary

| Attribute | Verified Information |
|---|---|
| Full Name | Pearlchavon Sarah Dehaney |
| Notary ID Number | #01DE0030083 |

Goodman.

13. I am not under any duress or coercion in executing this waiver.

14. I understand that I may consult with an attorney before signing this waiver, and have had the opportunity to do so or have voluntarily chosen not to do so.

15. I understand the legal effects of this waiver and sign it freely and voluntarily.

16. I agree to accept service of all future pleadings, motions, notices, and other documents in this case at the mailing address listed above, or at any updated address that I provide in writing to the Court and to all parties.

17. I understand that if my address changes, I must immediately notify the Court a[nd] all parties in writing of my new address.

SIGNED this 10th day of February, 2026, at BREVARD, Florida.

AUSTIN JAMES PALMER-SMITH

**ACKNOWLEDGMENT**

BEFORE ME, the undersigned authority, on this day personally appeared AUSTIN JAMES PALMER-SMITH, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

State of New York County of Queens ss:

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 10 day of February, 20

This notarial act was an online notarization

Pearlchayon Sarah Dehaney

Notary Public, State of New York

My Commission Expires 10/23/2028

Pearlchayon Sarah Dehaney
Notary Public for the State Of New York
No. [illegible]
Qualified in Kings County
My Commission Expires Oct 23, [illegible]

(Seal)

Disclosure - This notarial act was an online notarization by 2-way audiovisual communication.
Signer Austin Palmer-Smith provided a Florida Driver's License as identification.

Brent Goodman Enterprise using global waiver joinder involving Austin Palmer Smith dealings in real estate related identity exploit through fraudulent records and statistics department hospital and notary associated with MVTC S-Corp diversions in presenting professionals who are real estate backgrounds and businesses and marriage officiating themselves to caretaker records and adult caretaker clauses - constitutes human trafficking schemes facilitated through federal identity thefts.

Goodman.

13. I am not under any duress or coercion in executing this waiver.

14. I understand that I may consult with an attorney before signing this waiver, and have had the opportunity to do so or have voluntarily chosen not to do so.

15. I understand the legal effects of this waiver and sign it freely and voluntarily.

16. I agree to accept service of all future pleadings, motions, notices, and other documents in this case at the mailing address listed above, or at any updated address that I provide in writing to the Court and to all parties.

17. I understand that if my address changes, I must immediately notify the Court ar all parties in writing of my new address.

SIGNED this 10th day of February, 2026, at BREVARD, Florida.

[signature]

AUSTIN JAMES PALMER-SMITH

## ACKNOWLEDGMENT

BEFORE ME, the undersigned authority, on this day personally appeared AUSTIN JAMES PALMER-SMITH, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

State of New York County of Queens ss:

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 10 day of February, 20

This notarial act was an online notarization

[signature] Pearlchavon Sarah Dahaney

Notary Public, State of New York

My Commission Expires: 10/23/2028

Pearlchavon Sarah Dehaney
Notary Public for the State Of New York
No. 01DE0030083
Qualified in Kings County
My Commission Expires Oct 23, 2028

(Seal)

Disclosure - This notarial act was an online notarization by 2-way audiovisual communication. Signer Austin Palmer-Smith provided a Florida Driver's License as identification.

11:04 5G 53%

google.com/search?q=K

41

## Profile Summary

| Attribute | Verified Professional Detail |
|---|---|
| Professional Name | Ana Johnston |
| State of Commission | Florida |
| Primary Industry | Real Estate Brokerage & Property Sales |
| Corporate Affiliation | Century 21 Tenace Realty Inc. |
| Office Location | Coral Springs / Sunrise, FL |
| Core Capabilities | Real Estate Transactions, Notarial Acts, Contract Closings |

If you are looking to verify her official state

eserves."

"I know that the Joined Party is not in the military because he has formally stated to me lirectly that at no time was he enlisted with the armed forces, or reserves."

I have attached a true and correct copy of both DMDC verification to this affidavit as Exhibit A and Exhibit B.

FURTHER AFFIANT SAYETH NOT.

Brent Goodman, Affiant

Subscribed and sworn to before me on this 2nd day of February, 2026.

ANA JOHNSTON
Notary Public for the State of FLORIDA

My Commission Expires: 06/30/2026

Disclosure - This notarial act was an online notarization by 2-way audiovisual communication. Signer Brent Goodman provided a Texas Driver's License as identification.

This notarial act was an online notarization

ANA JOHNSTON
Notary Public - State of Florida
Commission # HH 237157
My Comm. Expires Jun 30, 2026

[SEAL]

*ITIO Palmer-Smith, a Child*
*Military Status Affidavit*
*Page 2 of 2*

Department of Defense Manpower Data Center

Results as of : Feb-02-2026 10:04:30 AM EST

SCRA 6.27

**EXHIBIT A**

## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-2488
Birth Date: Aug-XX-1991
Last Name: BOYER
First Name: ALEXANDRA
Middle Name:
Status As Of: Feb-02-2026
Certificate ID: TC0T9JX8BB8D8JK

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Department of Defense Manpower Data Center

Results as of: Feb-02-2026 [illegible] AM EST

SCRA 5.27

**EXHIBIT B**

Status Report
Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-2250
Birth Date: Jan-XX-1987
Last Name: PALMER SMITH
First Name: AUSTIN
Middle Name:
Status As Of: Feb-02-2026
Certificate ID: CSWC4J3ZCYLLPX3

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.


y third parties (schools, doctors) relying on this document.

voked sooner or extended by a court order, this agreement
th the timelines established by the Principal and Agent.

**OR INCAPABILITIES**

nent is for the safety and stability of the child and is not an
on my part, or a lack of ability to care for the child. Having
n established, long-term and parental involvement with the
terest at this time.

Austin James Palmer-Smith
(Principal/Father)
Date: 01/30/2026

Brent Goodman
(Agent/Caregiver)
Date: 10/30/2026

*& Authorization for Care of Minor Child*
*Page 2*

Future post dated notary associated with Pearlchavon Sarah Dehaney State of New York Kings County notary on January 30 2026

## VII. NOTARY ACKNOWLEDGMENT

STATE OF NEW YORK §
§
COUNTY OF QUEENS §

This instrument was acknowledged before me on this 30 day of January, 2026, by **Austin James Palmer-Smith**, who produced a driver's license as identification, issued in the State of Florida.

Pearlchavon Sarah Dehaney
Notary Public's for the State of New York
My commission expires: 10/23/2028

This notarial act was an online notarization

Pearlchavon Sarah Dehaney
Notary Public for the State Of New York
No. 01DE0030083
Qualified in Kings County
My Commission Expires Oct 23, 2028

Disclosure - This notarial act was an online notarization by 2-way audiovisual communication.
Signer Austin Palmer-Smith provided a Florida Driver's License as identification.

*(Seal)*

**AUTHORIZATION AGREEMENT FOR VOLUNTARY ADULT CAREGIVER**

Revised October 2017
Page 6 of 6

By signing below, parent and the voluntary adult caregiver acknowledge that they have each read this authorization agreement carefully, are entering into the authorization agreement voluntarily, and have read and understand all of the Warnings and Disclosures included in this authorization agreement.

PARENT

Printed name: AUSTIN PALMER-SMITH
State of New York County of Queens, ss:
SUBSCRIBED AND ACKNOWLEDGED BEFORE ME on this 30th day of January, 20 26.
Disclosure - This notarial act was an online notarization by 2-way audiovisual communication.
Signer Austin Palmer-Smith provided a Florida Driver's License as identification.

Pearlchavon Sarah Dehaney
Notary Public in and for the State of New York
This notarial act was an online notarization

Deborah Raymond
MATERNAL GRANDMOTHER

Printed name: DEBORAH FOSS RAYMOND
State of Texas, Jefferson County
SUBSCRIBED AND ACKNOWLEDGED BEFORE ME on this 27th day of January, 20 26
by Deborah Foss Raymond who produced Florida DL as identification.
This notarial act was an online notarization along with multi-factor authentication and using audio/video recording.

E'CHANDA MANETTE GOODMAN

E'Chanda Manette Goodman
Notary Public in and for the State of Texas
E'Chanda Manette Goodman;Remote Online Notary Public

VOLUNTARY ADULT CAREGIVER

Printed name: BRENT GOODMAN

SUBSCRIBED AND ACKNOWLEDGED BEFORE ME on this 30 day of January, 20 26
Disclosure - This notarial act was an online notarization by 2-way audiovisual communication.
Signer Brent Goodman provided a Texas Driver's License as identification.

Pearlchavon Sarah Dehaney
Notary Public in and for the State of New York

Adult caretaker fraud deriving from a probation scandal and 5-year felony probation with protection orders for strangulation of household members and violations of protection orders.

Information about this situation and other states involving Texas and California and Wyoming

10:54 5G 55%

wydoc.nextrequest.com

41

Wyoming Department of Corrections

NextRequest

# Request #26-662

Access to this request is currently limited. If you are a requester or staff you can sign in or create an account by clicking on the button below:

**Create account** **Sign in**

5123059394- TDCJ Robert Sanchez coordinator victim division ombudsman. 10/21/2026, 10/23/2026
Denied Texas Probation claims of strangulation of household members orders to supervise.

4281284

Barbara Cardona, 6/20/2024 Left Message 10/21/2026

4/2022-8/2025 Montgomery County Texas 936-538-8200
-Spring TX, HARRIS COUNTY
-Conroe TX , Montgomery County
-Tomball TX, Harris County

Falls County Texas Marlin Texas DA 254-883-1400
- Marlin no longer a probation office

September (11) 2023, timeline associated with

Divisions- 5124065990. Maureen Cliffton / Wyoming
John mullaney - 10/23/2026

1159077 probation interstate compact related number

04/20/2022 through 05/04/2022
California ICJ/MH reentry - same offenses; withdrawn. Lucy Thau (Thai) Kaiser Permanente Northern California, Medicaid laundering schemes and ICJ MH reentry Fraud onto the victim. *California's May 14, 2022 exp. Date CPO and Wyoming MH psychiatric hospital stays- Brent Russell Goodman.

Texas ICJ- two offenses assault, strangulation of a family, property damage, 04/20/2022-08/21/2025

Wyoming public information officer 307-777-6092 Erica Kachner Left Message 10 23 2026

Wydoc.nextrequest.com

EXHIBIT B

# AUTHORIZATION FOR USE & DISCLOSURE OF PROTECTED HEALTH INFORMATION

Information will be available within a minimum of 5 working days and a maximum of 30 calendar days.
There may be a charge for this service.

**THIS FORM MUST BE FILLED OUT COMPLETELY**

**Patient Name** ______ **Date of Birth** ______
**Address** ______ **(City/State/Zip)** ______
**Daytime number where you can be reached** (____) ______ or (____) ______

**Purpose of Disclosure**
☐ Patient Request ☐ Continued Care ☐ Insurance ☐ Attorney ☐ Finance ☐ Social Security Benefits/Claim
☐ Other (Description) ______

| Release Information From | Release Information To |
|---|---|
| ☐ **Regional West Medical Center** or **Regional West Physicians Clinic**<br>4021 Ave B, Scottsbluff, NE 69361<br>*Fax* (308)630-1094 *Phone* (308)630-1194<br>☐ **Regional West Physicians Clinic**<br>***Clinic/Physician*** ______<br>☐ Other Facility/Provider ______<br>Fax ______ Phone ______ | ☐ **Regional West Medical Center** or **Regional West Physicians Clinic**<br>4021 Ave B, Scottsbluff, NE 69361<br>Fax ______ Phone ______<br>☐ **Patient at the same address listed above** ☐ By Mail ☐ For Pick-up<br>☐ Other ______<br>Name<br>______<br>Address / Phone# |

**Covering the date(s) of service** From ______ Month/Day/Year To ______ Month/Day/Year

**Medical Record to be released as** ☐ Paper or ☐ Other ______ *Radiology Images will be released on a separate CD

### Information to be Disclosed

| | | | | |
|---|---|---|---|---|
| ☐ History and Physical | ☐ Operative Notes | ☐ Cardiology | ☐ Radiology Images | ☐ Pathology Reports |
| ☐ Progress Notes | ☐ Emergency Report | ☐ Physical Therapy | ☐ Radiology Reports | ☐ Clinic Records |
| ☐ Discharge Summary | ☐ Consultations | ☐ Billing | ☐ Lab Reports | ☐ Clinic Radiology Images |
| ☐ Dismissal Instructions | ☐ Other ______ | | | |

**Disclosure Requiring Special Consent of Sensitive Information**

I understand that the information in my health record may include information relating to behavioral or mental health services, developmental disabilities, treatment for alcohol and/or drug abuse, sexually transmitted disease, Hepatitis B or C testing, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV). I authorize the release of this information to the party listed above.
**Check one** ☐ Yes ☐ No

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization at any time by submitting my request in writing to the Health Information Management department. I understand that the revocation will not apply to information that has already been released in response to this authorization.

Without my express revocation, this authorization will expire in 180 days from date of signature. A copy or fax of this authorization may be utilized with the same effectiveness as the original unless otherwise noted in writing. A copy of this signed authorization will be provided to the patient or legal representative.

I understand that I do not have to sign this authorization. I understand that my treatment or payment for services will not be denied if I do not sign this form.

I understand that I may inspect or copy the information to be used or disclosed, as provided in 45CFR164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal privacy laws or regulations. If I have questions about disclosure of health information, I can contact the Health Information Management department at RWMC.

**Signature** (Patient or Legal Representative) ______ Date ______
If other than the patient, indicate relationship ☐ Parent ☐ Guardian/Legal Representative/POA (Circle One)
Copy of legal document appointing representation must be provided.

**Office Use Only**
Identity of patient and/or signature verified via ☐ Photo ID ☐ Matching signature ☐ Other ______
Verified by ______ Date ______ Request completed by ______ Date ______
Notes

BC 3775
Authorization for Release of Information
7181.008 5/20
Policies 500.4.135, 500.4.138, 500.4.158

Regional West Medical Center
4021 Avenue B | Scottsbluff, NE 69361 | 308.635.3711

Original – Chart
Yellow – Requestor

# AUTHORIZATION FOR USE & DISCLOSURE OF PROTECTED HEALTH INFORMATION

Information will be available within a minimum of 5 working days and a maximum of 30 calendar days.
There may be a charge for this service.

**THIS FORM MUST BE FILLED OUT COMPLETELY**

**Patient Name** ______________________ **Date of Birth** ________

**Address** ______________________ **(City/State/Zip)** ______________________

**Daytime number where you can be reached** (____) __________ or (____) __________

**Purpose of Disclosure**

☐ Patient Request ☐ Continued Care ☐ Insurance ☐ Attorney ☐ Finance ☐ Social Security Benefits/Claim
☐ Other (Description) ______________________

| **Release Information From** | **Release Information To** |
|---|---|
| ☐ **Regional West Medical Center** or **Regional West Physicians Clinic**<br>4021 Ave B, Scottsbluff, NE 69361<br>*Fax* (308)630-1094 *Phone* (308)630-1194 | ☐ **Regional West Medical Center** or **Regional West Physicians Clinic**<br>4021 Ave B, Scottsbluff, NE 69361<br>Fax __________ Phone __________ |
| ☐ **Regional West Physicians Clinic**<br>***Clinic/Physician*** __________ | ☐ **Patient at the same address listed above** ☐ By Mail ☐ For Pick-up |
| ☐ Other Facility/Provider __________<br>Fax __________ Phone __________ | ☑ Other __________<br>Name<br>__________<br>Address / Phone# |

**Covering the date(s) of service** From __________ (Month/Day/Year) To __________ (Month/Day/Year)

**Medical Record to be released as** ☐ Paper or ☐ Other __________ *Radiology Images will be released on a separate CD

## Information to be Disclosed

| | | | | |
|---|---|---|---|---|
| ☐ History and Physical | ☐ Operative Notes | ☐ Cardiology | ☐ Radiology Images | ☐ Pathology Reports |
| ☐ Progress Notes | ☐ Emergency Report | ☐ Physical Therapy | ☐ Radiology Reports | ☐ Clinic Records |
| ☐ Discharge Summary | ☐ Consultations | ☐ Billing | ☐ Lab Reports | ☐ Clinic Radiology Images |
| ☐ Dismissal Instructions | ☐ Other __________ | | | |

**Disclosure Requiring Special Consent of Sensitive Information**

I understand that the information in my health record may include information relating to behavioral or mental health services, developmental disabilities, treatment for alcohol and/or drug abuse, sexually transmitted disease, Hepatitis B or C testing, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV). I authorize the release of this information to the party listed above.

**Check one** ☐ Yes ☐ No

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization at any time by submitting my request in writing to the Health Information Management department. I understand that the revocation will not apply to information that has already been released in response to this authorization.

Without my express revocation, this authorization will expire in 180 days from date of signature. A copy or fax of this authorization may be utilized with the same effectiveness as the original unless otherwise noted in writing. A copy of this signed authorization will be provided to the patient or legal representative.

I understand that I do not have to sign this authorization. I understand that my treatment or payment for services will not be denied if I do not sign this form.

I understand that I may inspect or copy the information to be used or disclosed, as provided in 45CFR164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal privacy laws or regulations. If I have questions about disclosure of health information, I can contact the Health Information Management department at RWMC.

**Signature** (Patient or Legal Representative) ______________________ Date __________

If other than the patient, indicate relationship ☐ Parent ☐ Guardian/Legal Representative/POA (Circle One)
Copy of legal document appointing representation must be provided.

**Office Use Only**

Identity of patient and/or signature verified via ☐ Photo ID ☐ Matching signature ☐ Other __________
Verified by __________ Date __________ Request completed by __________ Date __________
Notes

BC 3775
Authorization for Release of Information
7181.008 5/20
Policies 500.4.135, 500.4.138, 500.4.158

*Regional West*
*Medical Center*
4021 Avenue B | Scottsbluff, NE 69361 | 308.635.3711

Original – Chart
Yellow – Requestor

# AUTHORIZATION FOR USE & DISCLOSURE OF PROTECTED HEALTH INFORMATION

Information will be available within a minimum of 5 working days and a maximum of 30 calendar days.
There may be a charge for this service.

**THIS FORM MUST BE FILLED OUT COMPLETELY**

**Patient Name** ____________________ **Date of Birth** ________

**Address** ____________________ **(City/State/Zip)** ____________________

**Daytime number where you can be reached** (____) ____________ or (____) ____________

**Purpose of Disclosure**

☐ Patient Request ☑ Continued Care ☐ Insurance ☐ Attorney ☐ Finance ☐ Social Security Benefits/Claim
☐ Other (Description) ____________________

**Release Information From**

☐ **Regional West Medical Center or Regional West Physicians Clinic**
4021 Ave B, Scottsbluff, NE 69361
*Fax* (308)630-1094 *Phone* (308)630-1194

☐ **Regional West Physicians Clinic**
***Clinic/Physician*** ____________________

☐ Other Facility/Provider ____________________

Fax ____________ Phone ____________

**Release Information To**

☐ **Regional West Medical Center or Regional West Physicians Clinic**
4021 Ave B, Scottsbluff, NE 69361
Fax ____________ Phone ____________

☐ **Patient at the same address listed above** ☐ By Mail ☐ For Pick-up

☑ Other ____________________
Name
Address / Phone#

**Covering the date(s) of service** From ____________ To ____________
Month/Day/Year Month/Day/Year

**Medical Record to be released as** ☐ Paper or ☑ Other ____________ *Radiology Images will be released on a separate CD

**Information to be Disclosed**

| | | | | |
|---|---|---|---|---|
| ☑ History and Physical | ☐ Operative Notes | ☐ Cardiology | ☐ Radiology Images | ☐ Pathology Reports |
| ☐ Progress Notes | ☐ Emergency Report | ☐ Physical Therapy | ☐ Radiology Reports | ☐ Clinic Records |
| ☐ Discharge Summary | ☐ Consultations | ☐ Billing | ☐ Lab Reports | ☐ Clinic Radiology Images |
| ☐ Dismissal Instructions | ☑ Other | | | |

**Disclosure Requiring Special Consent of Sensitive Information**

I understand that the information in my health record may include information relating to behavioral or mental health services, developmental disabilities, treatment for alcohol and/or drug abuse, sexually transmitted disease, Hepatitis B or C testing, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV). I authorize the release of this information to the party listed above.

**Check one** ☑ Yes ☐ No

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization at any time by submitting my request in writing to the Health Information Management department. I understand that the revocation will not apply to information that has already been released in response to this authorization.

Without my express revocation, this authorization will expire in 180 days from date of signature. A copy or fax of this authorization may be utilized with the same effectiveness as the original unless otherwise noted in writing. A copy of this signed authorization will be provided to the patient or legal representative.

I understand that I do not have to sign this authorization. I understand that my treatment or payment for services will not be denied if I do not sign this form.

I understand that I may inspect or copy the information to be used or disclosed, as provided in 45CFR164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal privacy laws or regulations. If I have questions about disclosure of health information, I can contact the Health Information Management department at RWMC.

**Signature** (Patient or Legal Representative) ____________________ Date ____________

If other than the patient, indicate relationship ☐ Parent ☐ Guardian/Legal Representative/POA (Circle One)
Copy of legal document appointing representation must be provided.

**Office Use Only**

Identity of patient and/or signature verified via ☐ Photo ID ☐ Matching signature ☑ Other ____________
Verified by ____________ Date ____________ Request completed by ____________ Date ____________
Notes

BC 3775
Authorization for Release of Information
7181.008 5/20
Policies 500.4.135, 500.4.138, 500.4.158

Regional West Medical Center
4021 Avenue B | Scottsbluff, NE 69361 | 308.635.3711

Original – Chart
Yellow – Requestor

Regional West

**Regional West Medical Center**
**Behavioral Health Unit**
4021 Avenue B
Scottsbluff, NE 69361
308-630-1500

## Discharge Instructions, Orders and Medications

**Name:**GOODMAN, BRENT
**Current Date:** 03/26/21 10:29:04
**DOB:**04/05/1990 **MRN:**01796908 **FIN:**006984467
**Patient Address:** 435 ALBONY ST TORRINGTON WY 82240
**Patient Phone:** (707)469-3334
**Primary Care Provider**
**Name:**
**Phone:**
**Discharge Diagnosis:** 1:Major depressive disorder, recurrent, moderate; 2:Other mixed anxiety disorders; 3:Partner relationship problems
**Discharged To:** Home independently
**Home Treatments:**
**Devices/Equipment:**
**Professional Skilled Services:**
**Special Services and Community Resources:** Mental Health
**Mode of Discharge Transportation:** Private vehicle
**Reason for Hospitalization:** ;
**Crisis Contact:** Alexandria Goodman
**Crisis Contact Phone Number:** 707-889-1057
**Crisis Contact Relationship:**
**Additional Safety Information:**
**Accompanied by:** Spouse
**Name of Person Accompanying at Discharge:** Alexandria Goodman

**Major Procedures and Tests Performed**
**Laboratory or Other Results This Visit** (last charted value for your 03/25/2021 visit)
No Laboratory or Other Results This Visit

Comment

**Procedures**
No Procedures Documented

**If no procedures or tests are listed above, there were none performed**

## Discharge Orders

**Discharge Activity Restrictions** No Restrictions

**Discharge Diet Instruction** Regular home diet

**Discharge Patient Instructions** Abstain from alcohol/tobacco/illicit drugs

## Pending Laboratory Orders, if any, will display below

**Fasting Lipid Profile** Blood, AM Draw, 03/28/21 4:00:00 MDT, Once

**Hgb A1c** Blood, AM Draw, 03/28/21 4:00:00 MDT, Once

## Pending Radiology Orders, if any, will display below

**If no orders or studies are listed above, there are no current pending orders or studies at discharge**

**Contact Name and Number for Results Pending at Discharge:**

RWMC 308-635-3711 and ask for call to be transferred to Behavior Health Unit.

**Emergency 24/7 Contact Number:**

RWMC 308-635-3711 and ask for call to be transferred to Behavior Health Unit.

MyRegionalWest is your connection to your provider anywhere, anytime. It is the easiest way to manage your personal health information.

Using MyRegionalWest you can:

- View a health summary of your recent visit including lab, imaging, and other test results.
- Update your medication list, allergies, and medical history.
- Receive reminders for upcoming events.
- Securely message your provider's office.

How can you create a MyRegionalWest account?

You will automatically receive a MyRegionalWest enrollment in your mailbox if you provided your email address during the registration process . Just click on the link and follow the instructions to complete your enrollment. Please check in your junk/bulk folder if you do not see it in your inbox. If you did not provide your email address during the registration process or need additional help accessing your MyRegionalWest account, please call 308-225-3804.

We now offer the ability for you to securely connect some of the health management apps

you may use to your health record. This new process will provide access to your health and wellness data that will enable you and your care team to make informed choices. If you are interested in this opportunity, let us know by calling 305-225-3804.

**Power of Attorney (POA), Guardian, or Surrogate Decision Maker Exists:** No, none exist
**Power of Attorney (POA), Guardian, or Surrogate Decision Maker Name:**
**Power of Attorney (POA), Guardian, or Surrogate Decision Maker Phone Number:**

**Psychiatric and Medical Advance Directives:**

**Patient has Medical Advance Directive:**

**Patient has Psychiatric Advance Directive:** No

**Patient offered information about designating a surrogate decesion maker or completing advance directives:** No

**Reason for Not Providing Advance Care Plan:** Patient does not wish to complete at this time

**Tobacco**

**Tobacco Use:** Yes

**Offered Referral for Outpatient Counseling i.e. Assistance with Calling the Tobacco Quit Line Number 1-877-448-7847:**

Yes

**Appointment made Date and Time:**

**Refused Offer/Assistance for Outpatient Counseling Referral:** Yes

**Offered FDA approved Smoking Cessation Medication – Rx or OTC:** Yes

**Refused Rx/ Over the Counter Cessation Medication Suggestions:** Yes

**Follow-up and Referral Instructions:** You may have been referred to your regular doctor or a specialist, please follow up as instructed. If your condition worsens or you can't get in to see the doctor, contact the Emergency Department.

| With: | Address: | When: |
| --- | --- | --- |
| New patient orientation at CAPWN Health Center. This appointment will occur telephonically (they will call you), and you will then be | 975 Cresent Drive Gering, Ne (308)633-5766 | 03/29/21 01:00:00 |

scheduled with providers for mental health therapy and medication management for next available appointments.

Scheduled Appointments, if any, will display below

**Future Appointments**

No Future Appointments Scheduled

**Medications**
During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

**Medications That Were Changed - Changes Shown Below**

**Other Medications**

Current **sertraline (Zoloft 50 mg oral tablet)** 3 tab Oral (given by mouth) every day.
Last Dose: 03/26/21 7:55am Next Dose: 03/27/21 Am

GOODMAN, BRENT has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Medication Information:**
Regional West Hospital Physicians provided you with a complete list of medications post discharge. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist. If you need a prescription refill, you must see your doctor. Take all medications only as directed. Do not take a medication you are allergic to. If you have been prescribed new medications check with your pharmacist to make sure there are no problems with the medications you are taking. To help ensure your safety, keep a copy of this discharge instruction to share with your health care provider at your next visit. It contains a copy of your medication list, diagnoses and information about treatment you received here.

Many medications can make you feel sleepy, impair your ability to drive, or effect your ability to make good decisions. Some of these medicines can even make you stop breathing when you go to sleep, particularly if several different medicines are combined. For this reason, we ask that you arrange for someone else to give you a ride home, do not operate machinery or make important decisions, and do not take any sleeping pills, pain pills, or drink alcohol for at least 4-6 hours from the time you leave. It is also important to know that the use of narcotic medications can be habit forming.

***Continue medications as prescribed until discontinued by Physician or Health Care Provider.***

Comment

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

**sertraline (Zoloft 50 mg oral tablet)** 3 tab Oral (given by mouth) every day.

Take only the medications listed above. Contact your doctor prior to taking any medications not on this list.

**Medication leaflets, if any, will display below**

**Patient Education Materials Discussed:**
Sertraline tablets; Understanding Anxiety Disorders; Depression

## What is this medicine?

SERTRALINE (SER tra leen) is used to treat depression. It may also be used to treat obsessive compulsive disorder, panic disorder, post-trauma stress, premenstrual dysphoric disorder (PMDD) or social anxiety.

## How should I use this medicine?

Take this medicine by mouth with a glass of water. Follow the directions on the prescription label. You can take it with or without food. Take your medicine at regular intervals. Do not take your medicine more often than directed. Do not stop taking this medicine suddenly except upon the advice of your doctor. Stopping this medicine too quickly may cause serious side effects or your condition may worsen.

A special MedGuide will be given to you by the pharmacist with each prescription and refill. Be sure to read this information carefully each time.

Talk to your pediatrician regarding the use of this medicine in children. While this drug may be prescribed for children as young as 7 years for selected conditions, precautions do apply.

## What side effects may I notice from receiving this medicine?

Side effects that you should report to your doctor or health care professional as soon as possible:

- allergic reactions like skin rash, itching or hives, swelling of the face, lips, or tongue
- anxious
- black, tarry stools
- changes in vision
- confusion
- elevated mood, decreased need for sleep, racing thoughts, impulsive behavior

- eye pain
- fast, irregular heartbeat
- feeling faint or lightheaded, falls
- feeling agitated, angry, or irritable
- hallucination, loss of contact with reality
- loss of balance or coordination
- loss of memory
- painful or prolonged erections
- restlessness, pacing, inability to keep still
- seizures
- stiff muscles
- suicidal thoughts or other mood changes
- trouble sleeping
- unusual bleeding or bruising
- unusually weak or tired
- vomiting

Side effects that usually do not require medical attention (report to your doctor or health care professional if they continue or are bothersome):

- change in appetite or weight
- change in sex drive or performance
- diarrhea
- increased sweating
- indigestion, nausea
- tremors

## What may interact with this medicine?

Do not take this medicine with any of the following medications:

- cisapride
- dofetilide
- dronedarone
- linezolid
- MAOIs like Carbex, Eldepryl, Marplan, Nardil, and Parnate

- methylene blue (injected into a vein)
- pimozide
- thioridazine

This medicine may also interact with the following medications:

- alcohol
- amphetamines
- aspirin and aspirin-like medicines
- certain medicines for depression, anxiety, or psychotic disturbances
- certain medicines for fungal infections like ketoconazole, fluconazole, posaconazole, and itraconazole
- certain medicines for irregular heart beat like flecainide, quinidine, propafenone
- certain medicines for migraine headaches like almotriptan, eletriptan, frovatriptan, naratriptan, rizatriptan, sumatriptan, zolmitriptan
- certain medicines for sleep
- certain medicines for seizures like carbamazepine, valproic acid, phenytoin
- certain medicines that treat or prevent blood clots like warfarin, enoxaparin, dalteparin
- cimetidine
- digoxin
- diuretics
- fentanyl
- isoniazid
- lithium
- NSAIDs, medicines for pain and inflammation, like ibuprofen or naproxen
- other medicines that prolong the QT interval (cause an abnormal heart rhythm)
- rasagiline
- safinamide
- supplements like St. John's wort, kava kava, valerian
- tolbutamide
- tramadol
- tryptophan

## What if I miss a dose?

If you miss a dose, take it as soon as you can. If it is almost time for your next dose, take only that dose. Do not take double or extra doses.

## Where should I keep my medicine?

Keep out of the reach of children.

Store at room temperature between 15 and 30 degrees C (59 and 86 degrees F). Throw away any unused medicine after the expiration date.

## What should I tell my health care provider before I take this medicine?

They need to know if you have any of these conditions:

- bleeding disorders
- bipolar disorder or a family history of bipolar disorder
- glaucoma
- heart disease
- high blood pressure
- history of irregular heartbeat
- history of low levels of calcium, magnesium, or potassium in the blood
- if you often drink alcohol
- liver disease
- receiving electroconvulsive therapy
- seizures
- suicidal thoughts, plans, or attempt; a previous suicide attempt by you or a family member
- take medicines that treat or prevent blood clots
- thyroid disease
- an unusual or allergic reaction to sertraline, other medicines, foods, dyes, or preservatives
- pregnant or trying to get pregnant
- breast-feeding

## What should I watch for while using this medicine?

Tell your doctor if your symptoms do not get better or if they get worse. Visit your doctor or health care professional for regular checks on your progress. Because it may take several weeks to see the full effects of this medicine, it is important to continue your treatment as prescribed by your doctor.

Patients and their families should watch out for new or worsening thoughts of suicide or

depression. Also watch out for sudden changes in feelings such as feeling anxious, agitated, panicky, irritable, hostile, aggressive, impulsive, severely restless, overly excited and hyperactive, or not being able to sleep. If this happens, especially at the beginning of treatment or after a change in dose, call your health care professional.

You may get drowsy or dizzy. Do not drive, use machinery, or do anything that needs mental alertness until you know how this medicine affects you. Do not stand or sit up quickly, especially if you are an older patient. This reduces the risk of dizzy or fainting spells. Alcohol may interfere with the effect of this medicine. Avoid alcoholic drinks.

Your mouth may get dry. Chewing sugarless gum or sucking hard candy, and drinking plenty of water may help. Contact your doctor if the problem does not go away or is severe.

NOTE: This sheet is a summary. It may not cover all possible information. If you have questions about this medicine, talk to your doctor, pharmacist, or health care provider. Copyright© 2020 Elsevier

Almost everyone gets nervous now and then. It's normal to have knots in your stomach before a test. Or for your heart to beat fast on a first date. But an anxiety disorder is much more than a case of nerves. In fact, its symptoms may be overwhelming. But treatment can ease many of these symptoms. Talking with your healthcare provider is the first step.



## What are anxiety disorders?

An anxiety disorder causes very strong feelings of panic and fear. These feelings may occur for no clear reason. And they tend to happen again and again. They may prevent you from coping with life. They may cause you great distress. You may then stay away from anything that triggers your fear. In extreme cases, you may never leave the house. Anxiety disorders may cause other symptoms, such as:

- Obsessive thoughts that are unwanted and you can't control
- Constant nightmares or painful thoughts of the past

- Upset stomach, sweating, and muscle tension
- Trouble sleeping or focusing

## What causes anxiety disorders?

Anxiety disorders tend to run in families. For some people, childhood abuse or neglect may play a role. For others, stressful life events or trauma may trigger these disorders. Anxiety can trigger low self-esteem and poor coping skills.

## Types of anxiety disorders

- **Panic disorder.** This causes a very strong fear of being in danger.
- **Phobias.** These are extreme fears of certain things, places, or events.
- **Obsessive-compulsive disorder (OCD).** This makes you have unwanted thoughts and urges. You also may do certain things over and over.
- **Posttraumatic stress disorder (PTSD).** This occurs in people who have been through a terrible ordeal. It can cause nightmares and flashbacks about the event.
- **Generalized anxiety disorder.** This causes constant worry. It can greatly disrupt your life.

## Getting better

You may believe that nothing can help you. Or, you might fear what others may think. But most anxiety symptoms can be eased. Having an anxiety disorder is nothing to be ashamed of. Most people do best with treatment that combines medicine and individual and group therapy. These aren't cures. But they can help you live a healthier life.

© 2000-2020 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Depression is one of the most common mental health problems today. It is not just a state of unhappiness or sadness. It is a true disease. The cause seems to be linked to a drop in chemicals that transmit signals in the brain. Having a family history of depression, alcoholism, or suicide increases the risk. Chronic illness, chronic pain, migraine headaches, and high emotional stress also increase the risk.

Depression is something we tend to recognize in others. But we may have a hard time seeing it in ourselves. It can show in many physical and emotional ways:

- Loss of appetite
- Overeating
- Not being able to sleep
- Sleeping too much

- Excessive tiredness not linked to physical exertion
- Restlessness or irritability
- Slowness of movement or speech
- Feeling depressed or withdrawn
- Loss of interest in things you once enjoyed
- Trouble concentrating, remembering, or making decisions
- Thoughts of harming or killing oneself, or thoughts that life is not worth living
- Low self-esteem

The treatment for depression may include both medicine and psychotherapy. Antidepressants can reduce suffering. They can also improve the ability to function during the depressed period. Therapy can offer emotional support. It can also help you understand emotional factors that may be causing the depression.

## Home care

- Ongoing care and support help people manage this disease. Find a healthcare provider and therapist who meet your needs. Seek help when you feel like you may be getting ill.
- Be kind to yourself. Make it a point to do things that you enjoy (gardening, walking in nature, going to a movie). Reward yourself for small successes.
- Once you start your medicine, expect a slow decrease in your symptoms. Depression will lift gradually, not right away. Ask your healthcare provider how long it will take for the medicine to start working.
- Take care of your physical body. Eat a balanced diet (low in saturated fat and high in fruits and vegetables). Exercise at least 3 times a week for 30 minutes. Even mild to moderate exercise (like brisk walking) can make you feel better.
- Don't make major decisions, such as a job change, a divorce, or a marriage until you feel better.
- Don't drink alcohol. It can make depression worse.
- Take medicine as prescribed. Don't stop your medicine or adjust the dose unless you talk with your healthcare provider.
- Don't share your medicine or use someone else's medicine.
- Tell all your healthcare providers about all the prescription and over-the-counter medicines, vitamins, and supplements you take. Certain supplements interact with medicines. They can cause dangerous side effects. Ask your pharmacist about medicine interactions when you have questions.
- Talk with your family and trusted friends about your feelings and thoughts. Ask them to help you notice behavior changes early. You can then get help and, if needed, your

medicine can be adjusted.

- Talk with your healthcare provider if you are not getting better. He or she may change your medicine or have you try another treatment.

## Follow-up care

Follow up with your healthcare provider as advised.

## Call 911

Call 911 if you:

- Have suicidal thoughts, a suicide plan, and the means to carry out the plan
- Have serious thoughts of hurting someone else
- Have trouble breathing
- Are very confused
- Feel very drowsy or have trouble awakening
- Faint or lose consciousness
- Have new chest pain that becomes more severe, lasts longer, or spreads into your shoulder, arm, neck, jaw, or back

## When to seek medical advice

Call your healthcare provider right away if any of these happen:

- Worsening of your symptoms
- Feeling extreme depression, fear, anxiety, or anger toward yourself or others
- Feeling out of control
- Feeling that you may try to harm yourself or another
- Hearing voices that others do not hear
- Seeing things that others do not see
- Not sleeping or eating for 3 days in a row
- Having friends or family express concern over your behavior and ask you to seek help

© 2000-2020 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**Allergy Info:** codeine

**Insurance Information**

When you sign in, it is your responsibility to give correct and complete billing information. This

is important in case there is a need to contact you with test results. Federal law requires us to provide you a medical screening exam and stabilizing treatment for any emergent medical condition found regardless of your insurance or ability to pay. Your insurance company may require pre-authorization or notification of your visit, both of which are your responsibility. We will make every effort to properly bill your insurance company on your behalf. If you need financial assistance, please call (308) 630-1500.

IS IT A STROKE? Act **FAST** and Check for these signs:

| | |
|---|---|
| FACE | Does the face look uneven? |
| ARM | Does one arm drift down? |
| SPEECH | Does their speech sound strange? |
| TIME | Call 9-1-1 at any sign of stroke |

**Heart Attack Signs**

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.

**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.

**Shortness of breath:** With or without discomfort.

**Other signs:** Breaking out in a cold sweat, nausea, or light-headed.

Remember, **MINUTES DO MATTER.** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

If you are having serious side effects with your medication prior to your next outpatient appointment please call:

Regional West Hospital (308) 630-1500

**We can all help prevent suicide. If you, or a loved one, are having thoughts of self-harm, please call the National Suicide Hotline 1-800-784-2433 (800-SUICIDE). The Lifeline provides 24/7, free and confidential support for people in distress. You may also call 911.**

| | |
|---|---|
| National Suicide Prevention Life Line<br>http://www.suicidepreventionlifeline.org | 1-800-SUICIDE<br>(1-800-784-2433) |
| National Alliance on Mental Illness<br>http://www.nami.org | 1-801-323-9900 or<br>1-877-230-6264 |
| Substance Abuse and Mental Health Services Administration<br>http://www.samhsa.gov/suicide-prevention | 1-877-SAMHSA-7<br>(1-877-726-4727) |

Yes - Patient/Family/Caregiver demonstrates understanding of instructions given

Patient has reviewed the list of Valuables and Belongings with a member of the hospital staff. Patient property has been returned to the patient and/or guardian.

Regional West Hospital would like to thank you for allowing us to assist you with your healthcare needs.

**Ordering Provider Signature:** ______________________
**Date:**03/26/21 10:29:04

**Patient/Representative Signature:** ______________________
**Date:**03/26/21 10:29:04

**Relationship to Patient:** ______________________
**Patient Name:GOODMAN, BRENT**

**Nurse Signature:** Wendy Rice RN
**Date:**03/26/21 10:29:04

# AUTHORIZATION FOR USE & DISCLOSURE OF PROTECTED HEALTH INFORMATION

Information will be available within a minimum of 5 working days and a maximum of 30 calendar days.
There may be a charge for this service.

**THIS FORM MUST BE FILLED OUT COMPLETELY**

**Patient Name** ______________________ **Date of Birth** __________

**Address** ______________________ **(City/State/Zip)** ______________________

**Daytime number where you can be reached** (____) __________ or (____) __________

**Purpose of Disclosure**

☐ Patient Request ☐ Continued Care ☐ Insurance ☐ Attorney ☐ Finance ☐ Social Security Benefits/Claim
☐ Other (Description) ______________________

| Release Information From | Release Information To |
|---|---|
| ☐ **Regional West Medical Center or Regional West Physicians Clinic**<br>4021 Ave B, Scottsbluff, NE 69361<br>*Fax* (308)630-1094 *Phone* (308)630-1194<br>☐ **Regional West Physicians Clinic**<br>***Clinic/Physician*** __________<br>☒ Other Facility/Provider __________<br>Fax __________ Phone __________ | ☐ **Regional West Medical Center or Regional West Physicians Clinic**<br>4021 Ave B, Scottsbluff, NE 69361<br>Fax __________ Phone __________<br>☐ **Patient at the same address listed above** ☐ By Mail ☐ For Pick-up<br>☒ Other __________<br>Name<br>__________<br>Address / Phone# |

**Covering the date(s) of service** From __________ To __________
Month/Day/Year Month/Day/Year

**Medical Record to be released as** ☐ Paper or ☒ Other __________ *Radiology Images will be released on a separate CD

**Information to be Disclosed**

| | | | | |
|---|---|---|---|---|
| ☒ History and Physical | ☐ Operative Notes | ☐ Cardiology | ☐ Radiology Images | ☐ Pathology Reports |
| ☒ Progress Notes | ☐ Emergency Report | ☐ Physical Therapy | ☐ Radiology Reports | ☐ Clinic Records |
| ☐ Discharge Summary | ☐ Consultations | ☐ Billing | ☒ Lab Reports | ☐ Clinic Radiology Images |
| ☐ Dismissal Instructions | ☐ Other __________ | | | |

**Disclosure Requiring Special Consent of Sensitive Information**

I understand that the information in my health record may include information relating to behavioral or mental health services, developmental disabilities, treatment for alcohol and/or drug abuse, sexually transmitted disease, Hepatitis B or C testing, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV). I authorize the release of this information to the party listed above.
**Check one** ☒ Yes ☐ No

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization at any time by submitting my request in writing to the Health Information Management department. I understand that the revocation will not apply to information that has already been released in response to this authorization.

Without my express revocation, this authorization will expire in 180 days from date of signature. A copy or fax of this authorization may be utilized with the same effectiveness as the original unless otherwise noted in writing. A copy of this signed authorization will be provided to the patient or legal representative.

I understand that I do not have to sign this authorization. I understand that my treatment or payment for services will not be denied if I do not sign this form.

I understand that I may inspect or copy the information to be used or disclosed, as provided in 45CFR164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal privacy laws or regulations. If I have questions about disclosure of health information, I can contact the Health Information Management department at RWMC.

**Signature** (Patient or Legal Representative) ______________________ Date __________

If other than the patient, indicate relationship ☐ Parent ☐ Guardian/Legal Representative/POA (Circle One)
Copy of legal document appointing representation must be provided.

**Office Use Only**

Identity of patient and/or signature verified via ☐ Photo ID ☐ Matching signature ☒ Other __________
Verified by __________ Date __________ Request completed by __________ Date __________
Notes

BC 3775
Authorization for Release of Information
7181.008 5/20
Policies 500.4.135, 500.4.138, 500.4.158

Regional West Medical Center
4021 Avenue B | Scottsbluff, NE 69361 | 308.635.3711

Original – Chart
Yellow – Requestor

# AUTHORIZATION FOR USE & DISCLOSURE OF PROTECTED HEALTH INFORMATION

Information will be available within a minimum of 5 working days and a maximum of 30 calendar days.
There may be a charge for this service.

**THIS FORM MUST BE FILLED OUT COMPLETELY**

**Patient Name** ______ **Date of Birth** ______

**Address** ______ **(City/State/Zip)** ______

**Daytime number where you can be reached** (____) ______ or (____) ______

**Purpose of Disclosure**

☐ Patient Request ☒ Continued Care ☐ Insurance ☐ Attorney ☐ Finance ☐ Social Security Benefits/Claim

☐ Other (Description) ______

| **Release Information From** | **Release Information To** |
|---|---|
| ☐ **Regional West Medical Center** or **Regional West Physicians Clinic**<br>4021 Ave B, Scottsbluff, NE 69361<br>*Fax* (308)630-1094 *Phone* (308)630-1194 | ☐ **Regional West Medical Center or Regional West Physicians Clinic**<br>4021 Ave B, Scottsbluff, NE 69361<br>Fax ______ Phone ______ |
| ☐ **Regional West Physicians Clinic**<br>***Clinic/Physician*** ______ | ☐ **Patient at the same address listed above** ☐ By Mail ☐ For Pick-up |
| ☒ Other Facility/Provider ______<br>Fax ______ Phone ______ | ☒ Other ______<br>Name<br>______<br>Address / Phone# |

**Covering the date(s) of service** From ______ (Month/Day/Year) To ______ (Month/Day/Year)

**Medical Record to be released as** ☐ Paper or ☒ Other ______ *Radiology Images will be released on a separate CD

**Information to be Disclosed**

| | | | | |
|---|---|---|---|---|
| ☐ History and Physical | ☐ Operative Notes | ☐ Cardiology | ☐ Radiology Images | ☐ Pathology Reports |
| ☐ Progress Notes | ☐ Emergency Report | ☐ Physical Therapy | ☐ Radiology Reports | ☐ Clinic Records |
| ☐ Discharge Summary | ☐ Consultations | ☐ Billing | ☒ Lab Reports | ☐ Clinic Radiology Images |
| ☐ Dismissal Instructions | ☒ Other: ______ | | | |

**Disclosure Requiring Special Consent of Sensitive Information**

I understand that the information in my health record may include information relating to behavioral or mental health services, developmental disabilities, treatment for alcohol and/or drug abuse, sexually transmitted disease, Hepatitis B or C testing, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV). I authorize the release of this information to the party listed above.

**Check one** ☒ Yes ☐ No

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization at any time by submitting my request in writing to the Health Information Management department. I understand that the revocation will not apply to information that has already been released in response to this authorization.

Without my express revocation, this authorization will expire in 180 days from date of signature. A copy or fax of this authorization may be utilized with the same effectiveness as the original unless otherwise noted in writing. A copy of this signed authorization will be provided to the patient or legal representative.

I understand that I do not have to sign this authorization. I understand that my treatment or payment for services will not be denied if I do not sign this form.

I understand that I may inspect or copy the information to be used or disclosed, as provided in 45CFR164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal privacy laws or regulations. If I have questions about disclosure of health information, I can contact the Health Information Management department at RWMC.

**Signature** (Patient or Legal Representative) ______ Date 3/2_/21

If other than the patient, indicate relationship ☐ Parent ☐ Guardian/Legal Representative/POA (Circle One)
Copy of legal document appointing representative must be provided.

**Office Use Only**

Identity of patient and/or signature verified via ☐ Photo ID ☐ Matching signature ☒ Other ______

Verified by ______ Date ______ Request completed by ______ Date ______

Notes

BC 3775
Authorization for Release of Information
7181.008 5/20
Policies 500.4.135, 500.4.138, 500.4.158

Regional West Medical Center
4021 Avenue B | Scottsbluff, NE 69361 | 308.635.3711

Original – Chart
Yellow – Requestor

# AUTHORIZATION FOR USE & DISCLOSURE OF PROTECTED HEALTH INFORMATION

Information will be available within a minimum of 5 working days and a maximum of 30 calendar days.
There may be a charge for this service.

**THIS FORM MUST BE FILLED OUT COMPLETELY**

**Patient Name** [illegible] **Date of Birth** [illegible]

**Address** [illegible] **(City/State/Zip)** [illegible]

**Daytime number where you can be reached** ( ) [illegible] or ( ) ________

**Purpose of Disclosure**

☐ Patient Request ☒ Continued Care ☐ Insurance ☐ Attorney ☐ Finance ☐ Social Security Benefits/Claim

☐ Other (Description) ________

| Release Information From | Release Information To |
|---|---|
| ☐ Regional West Medical Center or Regional West Physicians Clinic<br>4021 Ave B, Scottsbluff, NE 69361<br>*Fax* (308)630-1094 *Phone* (308)630-1194<br>☐ Regional West Physicians Clinic<br>*Clinic/Physician* ________<br>☒ Other Facility/Provider [illegible]<br>Fax ________ Phone ________ | ☐ Regional West Medical Center or Regional West Physicians Clinic<br>4021 Ave B, Scottsbluff, NE 69361<br>Fax ________ Phone ________<br>☐ Patient at the same address listed above ☐ By Mail ☐ For Pick-up<br>☒ Other [illegible]<br>Name [illegible]<br>Address / Phone# [illegible] |

**Covering the date(s) of service** From ________ (Month/Day/Year) To [illegible] (Month/Day/Year)

**Medical Record to be released as** ☐ Paper or ☒ Other [illegible] *Radiology Images will be released on a separate CD

### Information to be Disclosed

| | | | | |
|---|---|---|---|---|
| ☐ History and Physical | ☐ Operative Notes | ☐ Cardiology | ☐ Radiology Images | ☐ Pathology Reports |
| ☒ Progress Notes | ☐ Emergency Report | ☐ Physical Therapy | ☐ Radiology Reports | ☐ Clinic Records |
| ☐ Discharge Summary | ☐ Consultations | ☐ Billing | ☒ Lab Reports | ☐ Clinic Radiology Images |
| ☐ Dismissal Instructions | ☒ Other [illegible] | | | |

**Disclosure Requiring Special Consent of Sensitive Information**

I understand that the information in my health record may include information relating to behavioral or mental health services, developmental disabilities, treatment for alcohol and/or drug abuse, sexually transmitted disease, Hepatitis B or C testing, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV). I authorize the release of this information to the party listed above.

**Check one** ☒ Yes ☐ No

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization at any time by submitting my request in writing to the Health Information Management department. I understand that the revocation will not apply to information that has already been released in response to this authorization.

Without my express revocation, this authorization will expire in 180 days from date of signature. A copy or fax of this authorization may be utilized with the same effectiveness as the original unless otherwise noted in writing. A copy of this signed authorization will be provided to the patient or legal representative.

I understand that I do not have to sign this authorization. I understand that my treatment or payment for services will not be denied if I do not sign this form.

I understand that I may inspect or copy the information to be used or disclosed, as provided in 45CFR164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal privacy laws or regulations. If I have questions about disclosure of health information, I can contact the Health Information Management department at RWMC.

**Signature** (Patient or Legal Representative) [illegible] Date [illegible]

If other than the patient, indicate relationship ☐ Parent ☐ Guardian/Legal Representative/POA (Circle One)
Copy of legal document appointing representation must be provided.

**Office Use Only**

Identity of patient and/or signature verified via ☐ Photo ID ☐ Matching signature ☒ Other [illegible]

Verified by ________ Date ________ Request completed by ________ Date ________

Notes

BC 3775
Authorization for Release of Information
7181.008 5/20
Policies 500.4.135, 500.4.138, 500.4.158

Regional West Medical Center
4021 Avenue B | Scottsbluff, NE 69361 | 308.635.3711

Original – Chart
Yellow – Requestor

FILED
APR 07 2022
BRANDI CORREA
CLERK OF DISTRICT COURT, GOSHEN, CO

STATE OF WYOMING
Vital Statistics Services
ABSOLUTE DIVORCE OR ANNULMENT

Clerk of Court Record Number:

State File Number: CV-2022-39-DC

**Applicant**

| | | | |
|---|---|---|---|
| la. Petitioner/Plaintiff Name (First, Middle, Last Suffix)<br>Brent Russell Goodman | | 1b, Maiden/Surname (ff Applicable) | lc. Sex (WE)<br>M |
| Residence (City, Town or Location)<br>Torrington | 2b. Zip Code<br>82240 | 2c. County<br>Goshen | 2d. State<br>WY |
| 3, Birthplace (State or Forejgn Country)<br>Arizona | | 4. Date of Birth (Month, Day, 'ear)<br>04/05/1990 | |

**Spouse**

| | | | |
|---|---|---|---|
| ~~Respondent/Defendant Name~~ (First, Middle, Last, Suffix)<br>Alexandra R. Goodman | | 5b, Maiden/Surname (ff Applicable)<br>Boyer | 5c- Sex (M/F)<br>F |
| Residence (City Town or Location)<br>Torrington | 6b. Zip Code<br>82240 | County<br>Goshen | State<br>WY |
| 7. Birthplace (State or Foreign Country)<br>Montana | | 8. Date of Birth (Month, Day,/ear)<br>08/27/1991 | |

**Marriage**

| | | | |
|---|---|---|---|
| 9a. Place of this Marriage (City Town or Location)<br>San Francisco | 9b. County<br>San Francisco | State or Foreign Country<br>CA | 10. Date of marriage (Month, Day, Year)<br>07/07/2017 |
| ll Date Couple Last Resided in the same household (Month, Day, Year) 05/01/2021 | 12. Number of Children under 18 in this household as a result of this marriage<br>Number 1<br>None Other | | 13. VSS Use<br>DO Not Fill |

**Attorney**

| | |
|---|---|
| 14a, Name Of Petitioner/Plaintiff's Attorney<br>Pro se [3<br>Eric E. Jones | 14b. Address (Street nd Number or Rural Route Number, City or Town, State, Zip Code)<br>P.O. Box 410,<br>Torrington, WY<br>82240 |

Court use Only DO NOT FILL BELO THIS LINE Court use Only

**Decree**

| | | |
|---|---|---|
| 15. I certify that the marriage of the above named persons was dissolved on (Month, Day, Year) | 16. Type of Decree (Divorce or Annulment) | 17. Date Recorded (Month, Day, Year) |
| 18. Number of children under 18 whose physical custody was awarded to:<br>☐ Petitioner Joint<br>nt ☐ Respondent No Children<br>Other | 19, County Of Decree | 20. Title of Court |
| 21. Signature of Certifying Official | 22, Title of Certifying Officer | 23. Date Signed (Month, Day, Year) |

EXHIBIT B